**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STRUCTURE TONE,**

**Petitioner,**

**- against -**

**MOISES ROBALO, ET AL.,**

**Respondents.**

**26-cv-5531 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On July 9, 2026, the Court issued an order establishing a briefing schedule for what the Court characterized as a petition to confirm an arbitration award. ECF No. 9. As the petitioner correctly observes, this is an action to vacate an arbitration award. See ECF No. 10. The Court's July 9, 2026 Order is therefore withdrawn. The Court adopts the following briefing schedule with respect to the petition to vacate the arbitration award: the respondents shall respond to the petition, and file any cross-motion to confirm the award, by **August 6, 2026**; the petitioner shall reply, and respond to any cross-motion, by **August 27, 2026**; any reply in further support of a cross-motion shall be filed by **September 10, 2026**. The petitioner is directed to serve a copy of this Order along with the petition on the respondents by **July 17, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 13, 2026**

**John G. Koeltl**
**United States District Judge**